## Fox, Receiver, *v.* Slusser.

[No. 12,177. Filed March 18, 1925.]

1. Master and Servant.—*Finding of Industrial Board conclusive on appeal when sustained by evidence.*—A finding of the Industrial Board will not be disturbed on appeal where the evidence fairly tends to sustain the finding. p. 566.

2. Master and Servant.—*Injury of employee held to arise out of employment though caused by an act in violation of employer's order.*—The fact that an employee's injury resulted from an act of his in violation of an order or direction of his employer does not require a finding that his injury did not arise out of his employment. p. 566.

From Industrial Board of Indiana.

Application for compensation under Workmen's Compensation Act by Calvin E. Slusser against Frank E. Fox, Receiver. From an award for claimant, the defendant appeals. *Affirmed.*

*Bailey & Compton,* for appellant.

*Whiteleather & Bloom,* for appellee.

Dausman, C. J.—Calvin E. Slusser received an accidental injury while in the employment of Frank E. Fox, Receiver of the Farmers Mutual Electric Light and Power Association, for which injury the Industrial Board awarded compensation.

The receiver contends that the employee is not entitled to compensation because of wilful misconduct within §8 of the Compensation Act. (Acts 1919 p. 158, §8020r Burns' Supp. 1921). The In-

dustrial Board found against the contention and the evidence tends fairly to sustain the finding. Therefore, this court cannot disturb the award. Artman's Manual, p. 93 *et seq.*

The only other contention is that the workman's injury did not arise out of the employment because the act which caused his injury was done by him in

2. violation of the order or direction of his employer. The contention cannot be sustained. Artman's Manual, p. 60.

The award is affirmed.